STATE EX REL. WHITE *v.* WILSON, JUDGE ETC.
[No. 0-528. Filed December 1, 1958.]

*Archie A. White, pro se.*

PER CURIAM.—Petitioner has filed in this court petition for alternative writ of mandate asking that respondent be commanded to do certain things with reference to a proceeding alleged to be pending before respondent.

The petition fails to set out or make exhibits thereto certified copies of all pleadings, orders, and entries pertaining to the subject matter as required by Rule 2-35 of this Court, and it is therefore fatally defective.

Petition denied.

NOTE.—Reported in 153 N. E. 2d 385.